IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KYLIE BRENEMAN** and **BRANDY ARROYO-RYAN**, individually and on behalf of all others similarly situated, | : CIVIL ACTION NO. 1:22-CV-1643 <br> : <br> : (Judge Conner) |
| **Plaintiffs** | : |
| v. | : |
| **KEYSTONE HEALTH,** | : |
| **Defendant** | : |
| **JACOB WHITEHEAD**, on behalf of minor child M.W., and on behalf of M.W. and all others similarly situated, | : CIVIL ACTION NO. 1:22-CV-1678 <br> : <br> : (Judge Conner) |
| **Plaintiff** | : |
| v. | : |
| **KEYSTONE HEALTH,** | : |
| **Defendant** | : |

## **ORDER**

AND NOW, this 2nd day of November, 2022, upon consideration of plaintiffs' motion (Doc. 4) to consolidate the above-captioned related actions and to appoint interim co-lead class counsel, and it appearing that defendant Keystone Health has been served in the first of the above-captioned actions, but has not yet been served in the second of the above-captioned actions, and it further appearing that counsel

has not yet entered an appearance on behalf of Keystone Health in either action, it is hereby ORDERED that:

1. Plaintiffs' motion (Doc. 4) to consolidate the above-captioned related actions and to appoint interim co-lead class counsel is HELD IN ABEYANCE pending the appearance of counsel for Keystone Health.

2. Plaintiffs shall file an updated certificate of concurrence or nonconcurrence stating the position of Keystone Health on plaintiffs' motion (Doc. 4) once counsel for Keystone Health is identified.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania