IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: KEYSTONE DATA BREACH LITIGATION** : | **CIVIL ACTION NO. 1:22-CV-1643** |
| : | |
| : | **(Judge Conner)** |
| **This Document Relates to:** : | |
| **All Actions** : | |

### ORDER

AND NOW, this 10th day of February, 2023, upon consideration of the joint status report (Doc. 45) apprising the court of the status of settlement negotiations and requesting the court hold the various pending motions to remand, and motions pertaining to the motions to remand, in abeyance pending a status report from the parties concerning their settlement negotiations, which the parties intend to file by March 1, 2023, it is hereby ORDERED that the request (Doc. 45 at 4) is GRANTED and the motions to remand, and motions pertaining to the motions to remand, filed to this master docket as well as to all related dockets are held in abeyance pending receipt of a status report or a motion for preliminary approval of the class settlement to be filed no later than **March 1, 2023**.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania