# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: KEYSTONE DATA BREACH LITIGATION** | : : : | **CIVIL ACTION NO. 1:22-CV-1643** |
| | : | **(Judge Conner)** |
| **This Document Relates to:** | : | |
| **All Actions** | : | |

## ORDER

AND NOW, this 7th day of June, 2023, upon consideration of the court's order (Doc. 63) of February 10, 2023, holding in abeyance various pending motions (and proposed motions) to remand, and various motions pertaining to the motions to remand,[1] pending a status report from the parties concerning ongoing settlement negotiations, and further upon consideration of the joint status report (Doc. 68) filed by interim class counsel and counsel for defendant Keystone Health, reporting the parties have reached an agreement to settle this data-breach litigation on a class-wide basis, and that, to accommodate the preference of moving plaintiffs, and to avoid further depletion of party and judicial resources as to the pending motions, interim class counsel will file a new action in the Franklin County Court of Common Pleas seeking preliminary approval of the class action settlement, (see id. at 3), and wherein interim class counsel and counsel for Keystone Health request the court

---

[1] The motions to remand (and as to one case, a motion for leave to file a motion to remand) have been filed by various plaintiffs who lodged their lawsuits in state court after the above-captioned action was filed; Keystone Health then removed the cases to this court, and they were consolidated into this lead docket. The individual cases as to which motions are pending are KH v. Keystone Rural Health Center, No. 1:22-CV-1836; Hoos v. Keystone Rural Health Center, No. 1:22-CV-2023 (M.D. Pa.); Priego v. Keystone Rural Health Center, No. 1:22-CV-2024 (M.D. Pa.); and Brake v. Keystone Rural Health Center, No. 1:22-CV-2025 (M.D. Pa.).  We refer to these plaintiffs as the "moving plaintiffs" herein.

continue to hold the various pending motions in abeyance until the settlement is approved by the Franklin County court at which time interim class counsel will voluntarily dismiss this case with prejudice, (see id.), and following a telephonic status conference convened on June 5, 2023, during which the parties advised that the settlement has received preliminary approval from President Judge Shawn D. Meyers of the Franklin County Court of Common Pleas; that the deadline to opt out of or object to the settlement is July 17, 2023, and the deadline to submit a claim is August 14, 2023; and that the final approval hearing is scheduled for 1:00 p.m. on August 15, 2023,[2] and during which the court solicited the views of interim class counsel, counsel for Keystone Health, and counsel for moving plaintiffs as to how these various matters ought to proceed and whether any agreement might be reached among counsel, after which it became apparent that the parties are now ensconced in their respective positions and unable to reach mutual agreement, and the court finding that to proceed with litigation of the moving plaintiffs' pending motions to remand, including any hearings or jurisdictional discovery that might be necessary to resolve those motions, would serve only to detriment the settlement class by depleting finite resources and would not be in the interests of justice or judicial economy, and finding further that moving plaintiffs will not be prejudiced by a continued stay of the above-captioned proceedings, and are free to exercise their options to either opt out of the settlement (in which case they could proceed with their individual lawsuit on remand in state court) or object to the settlement

---

[2] See Keystone Rural Health Settlement, https://keystoneclassaction.com/en (last visited June 6, 2023).

(in which case their individual lawsuit would be extinguished and their motion to remand would be moot),[3] it is hereby ORDERED that:

1. Moving plaintiffs' motions to remand, and motions pertaining to the motions to remand, shall continue to be held in abeyance pending the final settlement approval hearing in the Franklin County Court of Common Pleas.

2. Interim class counsel and counsel for Keystone Health shall file a joint status report no later than **August 22, 2023**, apprising the court of the status of the settlement approval proceedings.

3. In the event moving plaintiffs opt out of the settlement prior to the August 22, 2023 deadline established in paragraph 2, moving plaintiffs' counsel shall file a status report so apprising the court, at which point the court will lift the stay as to the moving plaintiff's individual motion and any motions pertaining to that motion.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania

---

[3] Counsel for moving plaintiffs expressed concern that taking any action in state court, including appearing at the preliminary or final approval hearings and filing an objection to or opting out of the settlement, might constitute a violation of our leadership and consolidation order (Doc. 16) on this lead docket. Counsel for Keystone Health expressed their view during the telephonic conference, and the court agreed, that so long as moving plaintiffs' counsel are acting on behalf of individual clients and do not purport to represent the class, the leadership and consolidation order imposes no bar to their participation in the state-court proceedings.