UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: KEYSTONE DATA BREACH LITIGATION | Master File No. 1:22-cv-01643-CCC |
| | CLASS ACTION |
| This Document Relates To:<br>　　　All Actions | JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Kylie Breneman, Brandy Arroyo-Ryan, M. Cristina Gonzalez Ruiz, Patricia Savage and Jacob Whitehead on behalf of a minor child M.W. ("Plaintiffs"), the named Plaintiffs in the operative Consolidated Amended Complaint filed on November 15, 2022, by and through their undersigned counsel, voluntarily dismisses the claims as to Defendant Keystone Health, with prejudice.

Dated: August 29, 2023

Respectfully submitted,

　*s/ Benjamin F. Johns*　
Benjamin F. Johns (PA ID No. 201373)
bjohns@shublawyers.com
Samantha E. Holbrook
(PA ID No. 311829)
sholbrook@shublawyers.com
**SHUB & JOHNS LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Telephone: 610.477.8380

Andrew W. Ferich (PA ID No. 313696)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
aferich@ahdootwolfson.com

*Interim Co-Lead Class Counsel for
Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of August 2023, I served the foregoing document upon all parties of record in this proceeding via the Court's ECF system.

By: */s/ Benjamin F. Johns*
Benjamin F. Johns